**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **DORIS CONSUELO ABREGO LOPEZ** | **CASE NO. 6:26-CV-01499 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **TODD BLANCHE ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

# JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Rec. Doc. 15), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED** that the Motion To Dismiss for Lack of Jurisdiction (Rec. Doc. 10) is **GRANTED** and the Petition (Rec. Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

**THUS, DONE AND SIGNED** in Chambers this 4th day of September, 2026.

**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**